**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 96-7914

---

SHERMAN EARL ROBINSON,

Plaintiff - Appellant,

versus

JEAN CLARKE; WAYNE BROWN; G. B. GOODE; C.
GILBERT HUDSON, JR.; JOHN JABE, Chief Warden,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, District Judge.  (CA-95-1335-AM)

---

Submitted:  April 15, 1997          Decided:  April 25, 1997

---

Before WILKINS, HAMILTON, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Sherman Earl Robinson, Appellant Pro Se.  William W. Muse, Assistant Attorney General, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Robinson v. Clarke, No. CA-95-1335-AM (E.D. Va. Nov. 13, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED